IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTOPHER MARTINEZ**, on behalf of himself and others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**THE IFA GROUP, INC.**, and **JOSEPH McOWEN**,<br><br>*Defendant.* | Case No. 2:19-cv-02247-JDW |

## ORDER

**AND NOW**, this 19th day of November, 2019, upon consideration of the Joint Motion to Approve FLSA Settlement (ECF No. 10), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that, pursuant to 29 U.S.C. § 216(b), the Motion is **GRANTED IN PART** and **DENIED IN PART.**

It is **FURTHER ORDERED** that the proposed settlement is **APPROVED** except that the scope of the release in the Parties' settlement will be limited to the scope of claims that would be barred by the doctrine of *res judicata* if the case were litigated to conclusion.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.