## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTOPHER MARTINEZ, on Behalf of Himself and Others Similarly Situated,** | **Case No. 2:19-cv-02247-JDW** |
| Plaintiff, | |
| **v.** | |
| **THE IFA GROUP, INC.** | |
| Defendant | |

## ORDER

**AND NOW**, this 2nd day of December, 2019, upon notice that the Parties intend to proceed with their settlement as modified by the Court, it is **ORDERED** that this case is **DISMISSED** pursuant to Fed. R. Civ. P. 41(a).

The Clerk shall mark this case closed for statistical purposes.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.